UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

BILL M. OGAN,

    Plaintiff,

v.

SPOKANE COUNTY JAIL, *et al.*,

    Defendants.

NO. CV-06-317-RHW

**ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION, CONTINUING TRIAL, SETTING PRETRIAL CONFERENCE**

Before the Court is Plaintiff's Motion for Reconsideration to Appoint Counsel and Other Requests (Ct. Rec. 59). A telephonic hearing was held on January 25, 2008. Plaintiff appeared on his own behalf; Defendants were represented by Robert Binger. Plaintiff makes several requests in his motion: (1) that the Court reconsider its order denying him appointment of counsel; (2) for an extension of time to conduct discovery, amend his complaint, and prepare for trial; and (3) to amend his complaint.

The Court granted Plaintiff leave to amend his complaint in its November 13, 2007 Order Denying in Part, Granting in Part Defendants' Motion for Summary Judgment (Ct. Rec. 58).

The Court has reconsidered Plaintiff's request for the appointment of counsel. Surviving Defendants' motion for summary judgment increases the "likelihood of success on the merits," which is one of the factors the Court considers under 28 U.S.C. § 1915(e). The Center for Justice has stated in

ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION, CONTINUING TRIAL, SETTING PRETRIAL CONFERENCE * 1

1  correspondence with the Court that it will be willing and able to undertake
2  Plaintiff's representation by the end of March 2008. The Court finds that
3  sufficiently "exceptional circumstances" exist to warrant appointment in this
4  matter. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).

5       To give Plaintiff's new counsel an adequate amount of time to become
6  familiar with this matter, an opportunity to amend Plaintiff's complaint, if desired,
7  and an opportunity to conduct further discovery, the Court finds a continuance is
8  necessary. Likewise, defense counsel stated a continuance would be appropriate
9  with an amended complaint.

10      Accordingly, **IT IS HEREBY ORDERED**:

11      1. Plaintiff's Motion for Reconsideration to Appoint Counsel and Other
12 Requests (Ct. Rec. 59) is **GRANTED**.

13      2. The Center for Justice, 35 West Main Street, Suite 300, Spokane,
14 Washington, is **appointed** as counsel for Plaintiff in the above-captioned case. An
15 attorney from the Center for Justice shall **enter an appearance** in this matter on or
16 before ten (10) days from the date of this Order.

17      3. Within twenty (20) days from the date of this order, defense counsel shall
18 notify the Center for Justice as to Plaintiff's location.

19      4. A telephonic pretrial conference is **set** on **April 15, 2008, at 9:30 a.m.**
20 Counsel for the parties shall call the Court conference line ((509) 458-6380) at the
21 appropriate time.

22      5. The jury trial set for February 11, 2008, is **stricken**. A new trial date will
23 be set at the pretrial conference.

24 ///
25 ///
26 ///
27 ///
28 ///

ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION,
CONTINUING TRIAL, SETTING PRETRIAL CONFERENCE * 2

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  Order and forward copies to counsel and Plaintiff.
3  **DATED** this 28th day of January, 2008.

*s/Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2006\Ogan\appoint.grant.ord.wpd

ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION,
CONTINUING TRIAL, SETTING PRETRIAL CONFERENCE * 3