UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BILL M. OGAN,<br><br>  Plaintiff,<br><br>  v.<br><br>MATTHEW MILHOLLAND and DAVID INCH,<br><br>  Defendants. | NO. CV-06-317-RHW<br><br>**ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER** |

Before the Court is the parties' Stipulated Motion for Protective Order (Ct. Rec. 71). The motion was heard without oral argument.

The parties stipulate to the need for a protective order for certain information disclosed to Plaintiff's counsel by Defendants. The parties indicate that evidence regarding Defendants Matthew Milholland and David Inch or other Corrections Deputies should be subject to the protective order. It appears that the protective order would preclude this evidence from being made public without agreement of counsel or Court order.

Generally, the manner in which the parties agree to manage the dissemination and use of the information between themselves during the discovery process does not cause the Court concern. It is the policy of this District and the Judges therein not to enter blanket Protective Orders. Additionally, to the extent the parties are seeking to preclude the filing of evidence regarding Defendants or other Corrections Deputies in the public record, the Court declines to enter such a protective order. Rather, the parties will be required to make the requisite showing

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER * 1

of good cause before the Court will order that any evidence be filed under seal.

**IT IS HEREBY ORDERED:**

The parties' Stipulated Motion for Protective Order (Ct. Rec. 71) is **DENIED**.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order and to furnish copies to counsel.

**DATED** this 11th day of July, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2006\Ogan\prot.ord.wpd

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER * 2