AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BILL OGAN,

                                                      **JUDGMENT IN A CIVIL CASE**

                    v.

MATTHEW MILLAND and DAVID INCH,

                                      CASE NUMBER: CV-06-317-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the above-captioned matter is dismissed with prejudice.

March 1, 2010                                          JAMES R. LARSEN
*Date*                                                     *Clerk*

                                                           s/ Virginia Reisenauer
                                                           *(By) Deputy Clerk*
                                                           Virginia Reisenauer